# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Adrian Lamont Kearney | )<br>)<br>)　Case No: 4:10-CR-41-1BR<br>)　USM No: 53658-056<br>) |
| Date of Original Judgment: December 6, 2010<br>Date of Previous Amended Judgment: December 6, 2011<br>(Use Date of Last Amended Judgment if Any) | )<br>)　Cindy Bembry<br>　　Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.　☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 84 months **is reduced to** 68 months, on Counts 1 and 2, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 6, 2010, and December 6, 2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/12/2014

Effective Date: November 1, 2015
*(if different from order date)*

W. Earl Britt, Senior U.S. District Judge
*Printed name and title*